IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
MAY 19 2015
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. CR 15-105 HE |
| -vs- | ) | |
| | ) | |
| GREGORY DEWAYNE JOHNSON, | ) | Violations: 18 U.S.C. § 922(g)(1) |
| a/k/a Gregory Dewayne Phillips, | ) | 18 U.S.C. § 924(d) |
| | ) | 28 U.S.C. § 2461(c) |
| Defendant. | ) | |

INDICTMENT

The Federal Grand Jury charges:

COUNT 1
(Felon in Possession of a Firearm)

On or about August 7, 2014, within Oklahoma County, in the Western District of Oklahoma,

-----------------------------GREGORY DEWAYNE JOHNSON,
a/k/a Gregory Dewayne Phillips,--------------------------------

the defendant herein, having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed an Olympic Arms, Model MFR, .223 caliber rifle, bearing serial number WZ4062, which was in and affecting interstate and foreign commerce, in that said firearm had previously crossed state lines to reach the State of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## FORFEITURE

A. The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture.

B. Upon conviction of the offense alleged in Count 1 of this Indictment, defendant shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, including but not limited to:

1. Olympic Arms, Model MFR, .223 caliber rifle, bearing serial number WZ4062; and

2. Any and all ammunition or magazines not specifically listed.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*/s/ Virginia Aron*
FOREPERSON OF THE GRAND JURY

SANFORD C. COATS
United States Attorney

*/s/ Arvo Mikkanen*

ARVO Q. MIKKANEN
Assistant U.S. Attorney