# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO.  CR-15-00105-001-HE |
| ) | |
| GREGORY DEWAYNE JOHNSON, ) | |
| Defendant. ) | |

## MINUTE SHEET OF PROCEEDINGS
## SENTENCING HEARING

| **Honorable Joe Heaton, Presiding** | Christy Anderson, Deputy Clerk |
|---|---|
| Emily Eakle, Court Reporter | Kali Funderbuk, U.S. Probation Officer |
| | Date proceedings held: 09/15/2016 @ 2:30 p.m to 3:30 p.m. Time in court: 1 hour |

| Appearance for Government: Arvo Mikkanen, AUSA | Appearance for Defendant: Robert Wyatt, Esq., |
|---|---|

**HEARING CONCLUDED**:  ☒ Yes;  ☐ No;
**Hearing Type**:  ☐ Sentencing Hearing - Contested;  ☒ Sentencing Hearing - Non Evidentiary;
**Held on count(s)**  __1__ of the __1__ count:
☒ Indictment;  ☐ Information;  ☐ Superseding Indictment;  ☐ Superseding Information filed: 05/19/2015;

**Applicable Proceedings**:

| ☒ Sentencing held | ☐ Objections to the PSR heard | ☐ Plea Agreement accepted | ☐ Plea Agreement NOT accepted |
|---|---|---|---|
| ☒ Sentencing Guidelines | ☐ Downward Departure | ☐ Upward Departure | ☐ Settled/Guilty Plea |
| ☐ Witness Testimony heard | ☐ Evidence Entered | ☐ Other | |

**SENTENCING TEXT**:
☐ Defendant sentenced to a term of **PROBATION** for: _____ months;
☒ Defendant sentenced to a term of **IMPRISONMENT** to the Bureau of Prisons for a term of: __12 months and 1 day__ as to count(s) __1__;
☐ Counts _____ to run ☐ concurrently; ☐ consecutive to each other;
☒ Defendant placed on a term of **SUPERVISED RELEASE** for a term of __3__ years;
☐ Counts _____ to run ☐ concurrently; ☐ consecutive to each other;
☒ Additional **special conditions** imposed *(See judgment and commitment order for specifics)*;

**CRIMINAL MONETARY PENALTIES**:
☐ **Restitution** is ordered in the amount of:  $ -0- ;
   ☐ to be paid in installments ☐ due immediately;
☐ **Fine** imposed in the amount of $ -0- ;
   ☐ to be paid in installments ☐ due immediately;
☒ $100.00 **special assessment** on Count(s) __1__ due immediately;

**Government motions**:
☐ Count(s) _____ dismissed on motion by the government;
☐ Order dismissing original indictment/information entered upon motion of the government;

**Custody Status**:
☐ Defendant ordered to surrender to the designated institution on _____;
☐ Defendant failed to appear, Bench Warrant issued;
☐ **Bond**   ☐ **Continued**;   ☐ **Revoked**;
☒ **Custody/Detention continued**;
☐ Defendant **REMANDED** to the Custody of the U.S. Marshal pending service of sentence;
☒ Court **recommends** incarceration at   FCI El Reno, Oklahoma _____;
☐ Other recommendations by the court _____;

**Appeal status**:
☒ Defendant advised of their right to appeal;
☐ Defendant requests Clerk to enter notice of appeal;

*Other proceedings*:    See judgment and commitment order for sentencing specifics;    Court Adjourned.

*Revised minute-sentencing-April, 2014*